

Priority ✓
Send ✓
Enter ✓
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

ENTERED
CLERK, U.S. DISTRICT COURT

OCT 2 6 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 6 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDWARD J. MORALES,                    )  Case No. SA CV 04-0101-CAS (JTL)
                                      )
                Petitioner,           )  ORDER ADOPTING FINDINGS,
                                      )  CONCLUSIONS AND RECOMMENDATIONS
         v.                           )  OF UNITED STATES MAGISTRATE JUDGE
                                      )
JO ANNE B. BARNHART,                  )
Commissioner of Social                )
Security Administration,              )
                                      )
                Respondent.           )
_____)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that plaintiff's motion for summary judgment, or alternatively for remand, is granted; defendant's cross-motion for summary judgment is denied; and this matter be remanded for further

///

/// THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

1   administrative action consistent with the Amended Report and

2   Recommendation.

3

4   DATED:    *October 25, 2005*                    *Christina A. Snyde*
                                                    CHRISTINA A. SNYDER
5                                                   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28