# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. MORALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security Administration,<br><br>　　　　Defendant. | Case No. SACV 04-0101-CAS (JTL)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Attorney Fees Pursuant to the Equal Access to Justice Act ("Petition"), as well as the Opposition to the Petition and Reply to the Opposition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that plaintiff is awarded attorney's fees in the amount of $5,995.00.

DATED: May 15, 2006

　　　　　　　　　　　　　　　　　　Christina A. Snyder
　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE